United States District Court
Southern District of Texas
**ENTERED**
March 25, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| H.A.I | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-24-4154 |
| | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY COMMISSION, *et al* | § | |

### ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Plaintiff's Motion for Summary Judgment (Doc. No. 12), Defendant's Cross Motion for Summary Judgment (Doc. No. 19), Plaintiff's reply (Doc. No. 20); and, Magistrate Judge Ho's Memorandum and Recommendation (Doc. No. 21). No objections were filed to the Memorandum and Recommendation and the time for doing so has passed.

Upon review of the filings and applicable law, the Court agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 21) is **ADOPTED**, Plaintiff's Motion for Summary Judgment (Doc. No. 12) is **DENIED**, and Defendant's Cross Motion for Summary Judgment (Doc. No. 19) is **GRANTED**. It is further

**ORDERED** that the Commissioner's decision is **AFFIRMED**.

SIGNED this _____ 25th _____ day of March 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE